UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 08-60-GWU

JUDY DOVER,     PLAINTIFF,

VS.     **<u>ORDER</u>**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,     DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)     the Defendant's motion for summary judgment is GRANTED;

(2)     the Plaintiff's motion for summary judgment is DENIED; and

(3)     the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 26th day of November, 2008.



**Signed By:**

<u>*G. Wix Unthank*</u>

**United States Senior Judge**