UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 08-60-GWU

JUDY DOVER,                                                                    PLAINTIFF,

VS.                                    **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                           DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42

U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)      the administrative decision is AFFIRMED; and

(2)      the above-styled action is STRICKEN from this Court's active docket.

This the 26th day of November, 2008.

**Signed By:**

**G. Wix Unthank**   *G.W.U.*

**United States Senior Judge**